UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGOS JOSE RAMOS OLIVEIRA,<br><br>Petitioner,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY - IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Respondent. | Case No.: 3:17-cv-00972-BEN-BLM<br><br>**ORDER DENYING AS MOOT PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241** |

Petitioner Domingos Jose Ramos Oliveira has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Docket No. 1.) In short, Petitioner's petition ask the Court to order his release at a more reasonable amount of bond[1] pending the results of his removal proceedings.

The Court takes judicial notice that, on January 31, 2018, while Petitioner's petition was pending, the Immigration Judge set his bond to $50,000. (Docket No. 6-1 at p. 2, *January 31, 2018 Order of the Immigration Judge With Respect to Custody*.) The Court also takes judicial notice that as of March 2, 2018, Petitioner's bond had been paid

---

[1] According to Petitioner's petition, the Immigration Judge set his bond at $250,000.

and Petitioner was released pending the final decision in his exclusion/deportation hearing. (Docket No. 6-1 at p. 3, *Notice of Release and Proof of Service*.)

As a result, Petitioner's 28 U.S.C. § 2241 petition is moot because it does not appear there are any "remaining 'collateral conseconsequence[s]' that may be redressed by success on the petition."[2] *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007) (quoting *Spencer v. Kemna*, 523 U.S. 1, 7 (1998)). Therefore, Petitioner's petition is denied.

**IT IS SO ORDERED.**

Dated: April 25, 2018

Hon. Roger T. Benitez
United States District Judge

---

[2] To the extent Petitioner's petition seeks relief for "improper treatment" at his detention facility (Petition at pp. 6-7), 28 U.S.C. § 2241 does not authorize such relief.

2